**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION – FLINT**

In Re:

MICHEL A. TOUGAS and
BEVERLY A. TOUGAS,

Chapter 11
Case No. 11-34789-dof
Hon. Daniel S. Opperman

          Debtor(s).

_____/

**STIPULATION FOR ENTRY OF ORDER DETERMINING VALUE OF REAL PROPERTY**

     **NOW COMES,** Debtor In Possession, Michel A. Tougas and Beverly A. Tougas, and Green Tree Servicing, LLC, by and through their respective counsel, and for their Stipulation for Entry of Order Determining Value of Real Property, says as follows:

     1.  The parties having stipulated and agreed to the entry of attached Order.

     **WHEREFORE**, Debtor In Possession, Michel A. Tougas and Beverly A. Tougas, and Green Tree Servicing, LLC, respectfully requests this Honorable Court enter the attached Order Determining Value of Real Property.

APPROVED AS TO FORM AND CONTENT:

  */s/ David R. Shook, 01/13/2012*
David R. Shook, (P48667)
Attorney for Debtor In Possession
6480 Citation Drive
Clarkston, MI 48346
Ph: 248-625-6600
ecf@davidshooklaw.com

  */s/ Brett A. Border, 01/20/2012*
Brett A. Border, (P65534)
Attorney for Green Tree Servicing, LLC
23938 Research Drive, Suite 300
Farmington Hills, MI 48335
Ph: 248-539-7400
bborder@sspclegal.com

**EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION – FLINT**

In Re:

|  |  |
|---|---|
| MICHEL A. TOUGAS and | Chapter 11 |
| BEVERLY A. TOUGAS, | Case No. 11-34789-dof |
|  | Hon. Daniel S. Opperman |

           Debtor(s).

_____/

**ORDER DETERMINING VALUE OF REAL PROPERTY**

      **THIS MATTER** having come before this Honorable Court on the Debtor In Possession Motion for Entry of Order for Determining Value of Real Property. The same being served upon all Creditors and parties in interest and no objection having been received or if an objection have been filed, the same having been disposed, and the Court being fully advised in the premises:

      **IT IS HEREBY ORDERED** that for the purposes of the Chapter 11 Plan, pursuant to any and all other purposes before this Court in the underlying proceeding, the following properties are determined to have the following values.

|  |  |  |
|---|---|---|
| a. | 2739 Eaton Place, Flint, Michigan 48506; | $6,500.00 |
| b. | 1805 Oklahoma Ave., Flint, Michigan 48506; | $2,750.00 |